# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3 STARS MENTORING, a California Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>DO KIM, et al.,<br><br>        Defendants. | NO. CV 08-2826-GHK (MANx)<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

Based on the parties' Joint Stipulation filed on December 14, 2009, the terms of the parties' Stipulated Protective Order are adopted as the Protective Order entered by the Court in this case, except that paragraph 10 of the Joint Stipulation as adopted by the Court has been amended as follows:

10.   <u>FILING PROTECTED MATERIAL</u>.  In the event that any "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information is to be used in any Court proceeding in this action, the party using such material shall take all reasonable steps to maintain its confidentiality during such use.  All "Confidential" or "Highly Confidential – Attorneys' Eyes Only" information,

        documents, and any papers containing information contained in or derived from such documents that are filed with the Court shall be filed in accordance with the provisions of L.R. 79-5 of the Local Civil Rules of this Court.

    The parties are expressly cautioned that this Protective Order, in and of itself, creates no entitlement to file under seal information, documents, or things designated as Protected Material by the parties. Accordingly, reference to this Protective Order or to the parties' designation of any information, document, or things as Protected Material is wholly insufficient to warrant filing under seal. Good cause must be shown to support a filing under seal, and the parties' mere designation of any information, document, or thing as Protected Material does not – without the submission of **competent evidence** establishing that the material sought to be filed under seal qualifies as confidential, proprietary, trade secrets, or private information – establish good cause.

    **IT IS SO ORDERED.**

Dated: January 29, 2010

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE